Exhibit 3

Charted Claims:
Non-Method Claim:8

| US1063714 2B1 | Nybsys Private 5G Express ("The Accused Product") |
|---|---|
| 8. A system, comprising: a transceiver to communicate with a predetermined target; | The accused product utilizes a system, comprising: a transceiver (e.g., 5G cellular transceiver of gNB) to communicate with a predetermined target (e.g., connected UE).<br><br>As shown below, the accused product is a 5G enabled solution. The solution is deployed with a 5G base station or gNB whose transceiver communicates with 5G-capable UEs or targets.<br><br><br><br>https://nybsys.com/private-5g-express/ |

## Experience the future of networking with plug-and-play simplicity and zero monthly fees.

Deploy a fully secure and scalable 5G network with our Private 5G Express (P5GE) – wherever you want it! It enhances productivity and reduces operational costs across industries.

https://nybsys.com/private-5g-express/

Nybsys Private 5G Express (P5GE) is a compact, all-in-one 5G network solution designed for rapid deployment. It provides everything needed to stand up a private cellular network in minutes – with no monthly fees or recurring carrier charges.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

Enterprises are increasingly looking to harness private 5G networks and edge AI to drive digital transformation. Nybsys's Private 5G Express (P5GE) solution – integrated with the Sentra GenAI platform – is a plug-and-play private 5G network-in-a-box that brings advanced AI capabilities right to the edge.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/



| | Compact | Standard | Ultra |
|---|---|---|---|
| **Total Cells** | 2 | 10 | 50 |
| **Coverage Area** | Up to 7,000 sq. ft. | Up to 100,000 sq. ft. | Up to 500,000 sq. ft. |
| **Device Support** | Up to 128 connected UE and 64 active UE | Up to 1,280 connected UE and 640 active UE | Up to 3,200 connected UE and 1,600 active UE |
| **SIM Support** | 100 SIMs | 1,000 SIMs | 3,000 SIMs |
| **Ideal For** | Small offices, retail spaces, and warehouses | Medium-sized businesses | Large enterprises, industrial sites |

https://nybsys.com/private-5g-express/



https://nybsys.com/private-5g-express/



https://nybsys.com/private-5g-express/

### Edge Controller

The "brains" of the Private 5G Express, the edge controller is a ruggedized edge server that hosts the 5G core network and edge computing platform. It manages small cells and provides local 5G core functions (e.g. subscriber management, session handling) so the network can run fully standalone.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

## Industry Use Cases and Applications

With its blend of private 5G connectivity, edge AI, and unified communications, Nybsys Private 5G Express opens new possibilities in several industries. Here are how manufacturing, logistics, and public safety sectors can leverage the platform:

Manufacturing: Smart Factories on 5G

Autonomous Inspection

Private 5G allows factory robots, drones, or AI cameras to roam freely and inspect equipment or products in real time. The edge AI can analyze video feeds for defects or anomalies on the spot, enabling autonomous quality inspection without waiting for cloud processing.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

AI-Guided Inventory Management

In large warehouses, 5G-connected cameras and sensors can track inventory in real time. AI vision models running on P5GE could identify empty bin locations, count stock on shelves, or direct autonomous mobile robots for picking items. This AI-guided inventory system reduces errors and speeds up fulfillment.

Workers with handheld devices get up-to-date inventory data over 5G, and restocking can be prompted automatically when AI detects low stock.

AR/VR Assistance for Workers

Using augmented reality (AR) applications over private 5G, logistics staff can receive visual overlays of picking lists, optimal routing through the warehouse, or loading instructions. The low latency and high bandwidth of 5G ensure smooth AR experiences (e.g. live video support or remote expert guidance via smart glasses).

In training scenarios, virtual reality (VR) modules can run on edge servers to simulate warehouse equipment operation, accessible to trainees with untethered VR headsets on the shop floor.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

High Performance

The integrated edge server supports containerized multi-workloads, including generative AI processing, alongside the 5G core. This means tasks like computer vision, anomaly detection, or natural language processing can be executed on-site with low latency.

For example, an AI model could analyze HD video from a security camera in real time to detect safety violations or perform QA inspection on a production line – all without sending data to cloud.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

5.3.3    RRC connection establishment

5.3.3.1    General



Figure 5.3.3.1-1: RRC connection establishment, successful

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

| one or more antennas coupled to the transceiver each electrically or mechanically steerable to the | The system utilized by the accused product comprises one or more antennas (e.g., antennas of gNB) coupled to the transceiver (e.g., 5G cellular transceiver of gNB) each electrically or mechanically steerable (e.g., beamformed) to the predetermined target (e.g., connected UE).<br><br>As shown below, a 5G base station is equipped with antennas that communicate with a connected UE. These antennas are electrically tilted to adjust a beam's direction toward the UE. This electrical tilt enables beamforming, which creates and directs focused beams of RF energy. Beamforming allows for precise control of signal direction, enhancing signal strength and quality for the UE. |

| predetermin ed target; | ### 4.3.39   CommonBeamformingFunction |
|---|---|
| | #### 4.3.39.1   Definition |
| | This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier. |
| | The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point. |
| | This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations. |
| | The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction for the NRSectorCarrier. |
| | https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf |
| | For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots. |
| | For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots. |
| | Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario. |
| | https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf |
| | **active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network* |

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

    NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

|  | Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.<br><br>https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3 |

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

# Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

# How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.

2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.

3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.

4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.

5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) φ-axis in 1/10th degree resolution. See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing.

allowedValues: [-1800 ..1800] 0.1 degree |

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

| | `beamTilt` | The tilt of a beam transmission, which means the vertical beamforming pointing angle (beam peak direction) in the (Theta) θ-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Positive value implies downtilt.<br><br>allowedValues: [-900..900] 0.1 degree | |
| | https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf | | |

## 5.2    Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf

| | |
|---|---|
| an edge processing module including a learning machine or a neural network coupled to the transceiver and one or more antennas to provide low-latency computation for the predetermined target. | The accused product comprises an edge processing module (e.g., processing module utilized by the accused product) including a learning machine (e.g., machine learning) or a neural network coupled to the transceiver (e.g., 5G cellular transceiver of gNB) and one or more antennas (e.g., antennas of gNB) to provide low-latency computation (e.g., edge computation) for the predetermined target (e.g., connected UE).<br><br>As shown below, the accused product provides edge computing for 5G enabled devices. Also, it utilizes machine learning for processing application data.<br><br><br><br>https://nybsys.com/private-5g-express/<br><br>Nybsys Private 5G Express (P5GE) is a compact, all-in-one 5G network solution designed for rapid deployment. It provides everything needed to stand up a private cellular network in minutes – with no monthly fees or recurring carrier charges.<br><br>https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/ |

Enterprises are increasingly looking to harness private 5G networks and edge AI to drive digital transformation. Nybsys's Private 5G Express (P5GE) solution – integrated with the Sentra GenAI platform – is a plug-and-play private 5G network-in-a-box that brings advanced AI capabilities right to the edge.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

| | Compact | Standard | Ultra |
|---|---|---|---|
| Total Cells | 2 | 10 | 50 |
| Coverage Area | Up to 7,000 sq. ft. | Up to 100,000 sq. ft. | Up to 500,000 sq. ft. |
| Device Support | Up to 128 connected UE and 64 active UE | Up to 1,280 connected UE and 640 active UE | Up to 3,200 connected UE and 1,600 active UE |
| SIM Support | 100 SIMs | 1,000 SIMs | 3,000 SIMs |
| Ideal For | Small offices, retail spaces, and warehouses | Medium-sized businesses | Large enterprises, industrial sites |

https://nybsys.com/private-5g-express/



https://nybsys.com/private-5g-express/



https://nybsys.com/private-5g-express/

### Edge Controller

The "brains" of the Private 5G Express, the edge controller is a ruggedized edge server that hosts the 5G core network and edge computing platform. It manages small cells and provides local 5G core functions (e.g. subscriber management, session handling) so the network can run fully standalone.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

### Integrated Generative AI at the Edge (No GPU Required)

A standout feature of Nybsys Private 5G Express is its integrated GenAI capability. The platform includes Sentra GenAI, which brings generative AI and machine learning workloads to the network edge.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

High Performance

The integrated edge server supports containerized multi-workloads, including generative AI processing, alongside the 5G core. This means tasks like computer vision, anomaly detection, or natural language processing can be executed on-site with low latency.

For example, an AI model could analyze HD video from a security camera in real time to detect safety violations or perform QA inspection on a production line – all without sending data to cloud.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

## Industry Use Cases and Applications

With its blend of private 5G connectivity, edge AI, and unified communications, Nybsys Private 5G Express opens new possibilities in several industries. Here are how manufacturing, logistics, and public safety sectors can leverage the platform:

Manufacturing: Smart Factories on 5G

Autonomous Inspection

Private 5G allows factory robots, drones, or AI cameras to roam freely and inspect equipment or products in real time. The edge AI can analyze video feeds for defects or anomalies on the spot, enabling autonomous quality inspection without waiting for cloud processing.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

### AI-Guided Inventory Management

In large warehouses, 5G-connected cameras and sensors can track inventory in real time. AI vision models running on P5GE could identify empty bin locations, count stock on shelves, or direct autonomous mobile robots for picking items. This AI-guided inventory system reduces errors and speeds up fulfillment.

Workers with handheld devices get up-to-date inventory data over 5G, and restocking can be prompted automatically when AI detects low stock.

### AR/VR Assistance for Workers

Using augmented reality (AR) applications over private 5G, logistics staff can receive visual overlays of picking lists, optimal routing through the warehouse, or loading instructions. The low latency and high bandwidth of 5G ensure smooth AR experiences (e.g. live video support or remote expert guidance via smart glasses).

In training scenarios, virtual reality (VR) modules can run on edge servers to simulate warehouse equipment operation, accessible to trainees with untethered VR headsets on the shop floor.

https://nybsys.com/nybsys-private-5g-express-and-sentra-gen-ai/

### 4.3.39    CommonBeamformingFunction

#### 4.3.39.1    Definition

This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction  for the NRSectorCarrier.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

    NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

## 5.3.3    RRC connection establishment

5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf